NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**U.S. WELL SERVICES, LLC,**

*Appellant*

v.

**HALLIBURTON ENERGY SERVICES, INC.,**

*Appellee*

---

2023-1607

---

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. IPR2021-01032, IPR2021-01034.

---

**O R D E R**

The parties having so agreed, it is ordered that:

(1) The proceeding is DISMISSED under Fed. R. App. P. 42 (b).

2     U.S. WELL SERVICES, LLC v. HALLIBURTON ENERGY
SERVICES, INC.

(2)  Each side shall bear their own costs.

             FOR THE COURT

<u>July 20, 2023</u>
   Date         <u>/s/ Jarrett B. Perlow</u>
             Jarrett B. Perlow
             Clerk of Court

**ISSUED AS A MANDATE:** July 20, 2023